UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **V. THERESA MANNING** | ) |
| | ) |
| v. | ) Civil Action No. 3:13-0553 |
| | ) Judge Campbell/Knowles |
| **LEGGETT & PLATT, INC., et al.** | ) |

**O R D E R**

The Initial Case Management Conference previously set for July 29, 2013, at 11:00 a.m. is hereby rescheduled for **August 2, 2013, at 11:00 a.m.** before the undersigned. Prior to the hearing, counsel for the parties are directed to confer on a Proposed Case Management Order for the progression of this case, which shall be submitted three (3) days prior to the Case Management Conference.

Counsel for the Plaintiff shall serve a copy of this Order on any Defendants who have not yet entered an appearance.

IT IS SO ORDERED.

E. CLIFTON KNOWLES
United States Magistrate Judge