<mark>ORDER:
Motion granted.</mark>

*E. Clifton Knowles*
U.S. Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT, AT NASHVILLE, TENNESSEE

| | |
|---|---|
| V. THERESA MANNING, individually and as surviving next of kin to NORMAN FLOYD MANNING, deceased,<br><br>  Plaintiff,<br><br>  v.<br><br>LEGGETT & PLATT, INC., LEGGETT & PLATT LIFE AND AD&D INSURANCE PLAN, AND SUN LIFE ASSURANCE COMPANY OF CANADA,<br><br>  Defendants. | Case No. 3:13-cv-00553 |

## AGREED MOTION TO PARTICIPATE IN
## INITIAL CASE MANAGEMENT CONFERENCE BY TELEPHONE

  The undersigned counsel for Defendant Sun Life Assurance Company of Canada hereby moves for permission to participate in the <mark>August 2, 2013, 11:00 a.m.,</mark> Initial Case Management Conference by telephone, as he will be the only attorney participating in the conference on behalf of Defendant Sun Life Assurance Company of Canada, and the undersigned counsel's office is in Valparaiso, Indiana. Mr. Mathisen can be reached at (219) 242-8666. Plaintiff's counsel has agreed to this motion.